*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KING, GASTON, and GERRITY,
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Jonathan M. GUERRERO-DOGGETT**
Boatswain's Mate Third Class (E-4), U.S. Navy
Appellant

**No. 201900168**

Decided: 5 March 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Stephen Reyes

Sentence adjudged 22 February 2019 by a general court-martial convened at Fleet Activities, Yokosuka, Japan, consisting of a military judge sitting alone. Sentence approved by the convening authority: reduction to E-1, confinement for five years, and a bad-conduct discharge.[1]

For Appellant:
*Captain Valonne L. Ehrhardt, USMC.*

For Appellee:
*Brian K. Keller, Esq.*

---

[1] The Convening Authority suspended confinement in excess of 42 months and commuted the adjudged dishonorable discharge to a bad-conduct discharge pursuant to a pretrial agreement.

_____

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to the appellant's substantial rights occurred. Articles 59 and 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court